**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY a/s/o YVONNE PARKER                Plaintiff,

-v-

UNITED STATES OF AMERICA

                                                     Defendant.

Case No. _____

**Rule 7.1 Statement**

08 CIV. 2799

JUDGE ROBINSON

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _State Farm Mutual Automobile Insurance Company a/s/o Yvonne Parker_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

State Farm is not a publicly held corporation.

**Date:** February 6, 2008

**Signature of Attorney**

**Attorney Bar Code:** JG9156

Form Rule7_1.pdf SDNY Web 10/2007