UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STATE FARM MUTUAL AUTOMOBILE      :
INSURANCE COMPANY a/s/o           :
YVONNE PARKER,                    :
                                  :
              Plaintiff,    :     08 Civ. 2799 (SCR) (LMS)
                                  :     ECF Case
     v.                         :
                                  :     NOTICE OF APPEARANCE
UNITED STATES OF AMERICA,         :
                                  :
              Defendant.    :
------------------------------------------------------------- x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to enter his appearance in this case on behalf of defendant United States of America, and to add the undersigned as a Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           April 24, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York
                                                Attorney for Defendant

                       By:    s/ Joseph N. Cordaro
                            JOSEPH N. CORDARO
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Telephone: (212) 637-2745
                            Facsimile: (212) 637-2686
                            Email: joseph.cordaro@usdoj.gov